AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Donald George North (A14-818-245)
11830 Larry Road
Fairfax, Virginia 22030

SUMMONS IN A CIVIL CASE

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Washington, DC 20528

CASE NUMBER   1:06CV00920

CASE    JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 05/15/2006

TO: (Name and address of Defendant)

United States Attorney's Office
Attn: Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 15 2006
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/24/06 |
| NAME OF SERVER (PRINT)  BEN DALBEY | TITLE | LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Via USPS certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/12/06          *Ben Dalbey*
              Date              Signature of Server

                                Employment Law Group, P.C.
                                888 17th Street, N.W.
                                Suite 900
              Address of Server  Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney's Office
   Attn: Civil Process Clerk
   555 4th St. NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X _____   ☐ Agent
                       ☐ Addressee
   MAY 3 0 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

   7004 1160 0002 3973 0924

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7004 1160 0002 3973 0924

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Donald George North (A14-818-245)
11830 Larry Road
Fairfax, Virginia 22030

                    **SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Washington, DC 20528

CASE NUM   CASE NUMBER  1:06CV00920

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 05/15/2006

TO: (Name and address of Defendant)

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      MAY 15 2006
CLERK                                                  DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/24/06 |

| NAME OF SERVER *(PRINT)* BEN DALBEY | TITLE LEGAL ASSISTANT |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Via USPS certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/06          *[signature: Ben Dalby]*
                Date                Signature of Server

_____
*Address of Server*

Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Reciept Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002       See Reverse for Instructions

7004 1160 0000 3772 0947

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL CHERTOFF, SECRETARY
US Dept. OF HOMELAND SECURITY
WASHINGTON, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
JUN 5 2006

C. Signature
X  Maureen Adams   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Donald George North (A14-818-245)
11830 Larry Road
Fairfax, Virginia 22030

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Washington, DC 20528

CASE N

CASE NUMBER   1:06CV00920

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 05/**/2006

TO: (Name and address of Defendant)

United States Attorney General
10th & Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     MAY 15 2006
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7004 1160 0002 3973 0931

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
555 and Pennsylvania Ave, NW
Washington DC, 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    MAY 3 0 2006
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)

7004 1160 0002 3973 0931

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/24/06 |
| NAME OF SERVER (PRINT) BEN DALBEY | TITLE LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Via USPS certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/06                   *signed* Ben Dalbey
              Date                     Signature of Server

                                       Address of Server

                                       Employment Law Group, P.C.
                                       888 17th Street, N.W.
                                       Suite 900
                                       Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.