AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Donald George North (A14-818-245)
11830 Larry Road
Fairfax, Virginia 22030

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary
U.S. Dept. of Homeland Security
Washington, DC 20528

CASE N

CASE NUMBER 1:06CV00920

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 05/15/2006

TO: (Name and address of Defendant)

United States Attorney General
10th & Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 15 2006
CLERK                              DATE

_____
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0002 3973 0931

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
555 and Pennsylvania Ave, NW
Washington DC, 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature    MAY 3 0 2006
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7004 1160 0002 3973 0931

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 5/24/06 |
| NAME OF SERVER *(PRINT)* BEN DALBEY | TITLE | LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Via USPS certified mail._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/06          _Ben Dalbey_
　　　　　　　　*Date*　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　*Address of Server*

　　　　　　　　　　　　　　　　Employment Law Group, P.C.
　　　　　　　　　　　　　　　　888 17th Street, N.W.
　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　Washington, D.C. 20006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.