UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD GEORGE NORTH )<br>(A 14-818-245) )<br>11830 Larry Road )<br>Fairfax, VA 22030 )<br>        Plaintiff, )<br>  v. )<br> )<br>MICHAEL CHERTOFF, Secretary )<br>U.S. Department of Homeland Security )<br>Washington, D.C. 20528 )<br> )<br>       Defendant. )<br> ) | Case No: 06-0920 (RMC) |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

      /S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was filed via the Court's electronic filing system on this June 19, 2006 and is expected to be served by the Court's electronic transmission facilities to:

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW Suite 900
Washington, DC 20006
202 261-2806 (phone)
202 261-2835 (fax)
soswald@emplymentlawgroup.net

     /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153