UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD GEORGE NORTH ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0920 (RMC) |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| U.S. Department of Homeland Security, ) | |
| et. al ) | |
| ) | |
| Defendant. ) | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint for declaratory Judgment and Petition for Hearing on Naturalization Application. Defendants request that the deadline for responding to Plaintiff's Complaint be further extended 60 days, from July 31, 2006, to September 29, 2006. Undersigned counsel left a telephone message for Plaintiff's counsel requesting his position on the instant motion, but has not yet received a response. The grounds for this request are set forth below.

Plaintiff seeks to compel Defendants to act upon his naturalization application ("Application"). Complaint at 2. Agency counsel hsa informed the undersigned that Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely.

Defendants are in the process of acting on Plaintiff's Application – the very action Plaintiff has requested in filing his Complaint. The Defendants seek to reconcile Plaintiff's "A" numbers and have Plaintiff's fingerprints retaken. There has been some delay to this point because the Plaintiff has three "A" numbers. An A number is the identification number an alien

is assigned when he or she comes to the attention of the Government in an immigration context. An alien may have more than one number for a number of reasons and multiple numbers is not necessarily an indication that the alien is at fault for any reason. However, it does indicate a possible mistake of some kind as the Government usually does not issue multiple A numbers to the same alien. Here, the Plaintiff has three A numbers; 1) his fingerprints were taken under A14-818-245; 2) his application for lawful permanent resident status, which was granted on April 17, 2001, was under A78-146-702 and 3) a third A file is under A23-028-747.[1] The Defendants are in the process of reconciling these numbers.

In addition, the alien was last fingerprinted on November 5, 2004. These fingerprints were taken under A14-818-245 and were valid for 15 months, expiring on February 5, 2006. The Plaintiff must have his fingerprints retaken and his fingerprint appointment has been set for August 12, 2006 at 8am under A78-146-702. A new fingerprint notice will be mailed to Plaintiff shortly. See Exhibit A. Because the Defendants need time to allow for refinger printing and the unification of the three A-files, the Defendants request 60 days to respond to the Complaint.

---

[1] This file is missing in Detroit, and the Defendants are trying to track it down. Although the agency would like to obtain that third A file from Detroit for final processing of Plaintiff's application, if it remains lost the Defendants will go forward.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including September 29, 2006.

Dated: July 25, 2006              Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
ANDREA MCBARNETTE, D.C. BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion to Extend was filed via the Court's electronic filing system on this July 25, 2006 and is expected to be served by the Court's electronic transmission facilities to:

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW Suite 900
Washington, DC 20006
202 261-2806 (phone)
202 261-2835 (fax)
soswald@emplymentlawgroup.net

        /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153