UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DONALD GEORGE NORTH            )
                               )
            Plaintiff,         )
       v.                      )         Case No: 06-0920 (RMC)
                               )
MICHAEL CHERTOFF, Secretary    )
U.S. Department of Homeland Security, )
et. al                         )
                               )
            Defendant.         )
_____)

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE