UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DONALD GEORGE NORTH                    )
                                       )
                    Plaintiff,         )
          v.                           )     Case No: 06-0920 (RMC)
                                       )
MICHAEL CHERTOFF, Secretary            )
U.S. Department of Homeland Security,  )
et. al                                 )
                                       )
                    Defendant.         )
_____)

CONSENT MOTION FOR ENLARGEMENT OF TIME

        Defendants, by and through undersigned counsel, respectfully move this Court pursuant

to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to Plaintiff's Complaint

for declaratory Judgment and Petition for Hearing on Naturalization Application.  Defendants

request that the deadline for responding to Plaintiff's Complaint be further extended 60 days,

from September 29, 2006 to October 9, 2006.  Plaintiff's counsel has graciously consented to the

relief requested.  The grounds for this request are set forth below.

        Plaintiff sought to compel Defendants to act upon his naturalization application

("Application").  Complaint at 2.  Defendants have already acted upon the Application.

Defendants request additional time so that they may attempt to resolve the remaining issues with

the Plaintiff.  If the parties are unable to reach a resolution, Defendants intend to file a

dispositive motion for the dismissal of the case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for responding to the Complaint be extended to and including September 29, 2006.


Dated: September 26, 2006                    Respectfully submitted,


                                             /s/
                                             KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                             United States Attorney


                                             /s/
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney


                                             /s/
                                             ANDREA MCBARNETTE, D.C. BAR # 191620
                                             Assistant United States Attorney
                                             Judiciary Center Building
                                             555 4th Street, N.W. - Civil Division
                                             Washington, D.C.  20530
                                             (202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Extend was filed via the Court's

electronic filing system on this September 26, 2006 and is expected to be served by the Court's

electronic transmission facilities to:


R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW Suite 900
Washington, DC 20006
202 261-2806 (phone)
202 261-2835 (fax)
soswald@emplymentlawgroup.net




                                    /S/
                              _____
                              ANDREA McBARNETTE, D.C. Bar  #483789
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.,
                              Washington, D.C. 20530
                              (202) 514-7153