UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DONALD GEORGE NORTH                    )
                                       )
                    Plaintiff,         )
            v.                         )          Case No: 06-0920 (RMC)
                                       )
MICHAEL CHERTOFF, Secretary            )
U.S. Department of Homeland Security,  )
et. al                                 )
                                       )
                    Defendant.         )
_____)

**<u>ORDER</u>**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE