UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD GEORGE NORTH ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0920 (RMC) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security, ) | |
| et. al ) | |
| ) | |
| Defendant. ) | |

AMENDED CONSENT MOTION FOR ENLARGEMENT OF TIME

    Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to Plaintiff's Complaint for declaratory Judgment and Petition for Hearing on Naturalization Application. Defendants request that the deadline for responding to Plaintiff's Complaint be extended from September 29, 2006 to October 9, 2006. Plaintiff's counsel has graciously consented to the relief requested. The grounds for this request are set forth below.

    Plaintiff sought to compel Defendants to act upon his naturalization application ("Application"). Complaint at 2. Defendants have already acted upon the Application. Defendants request additional time so that they may attempt to resolve the remaining issues with the Plaintiff. If the parties are unable to reach a resolution, Defendants intend to file a dispositive motion for the dismissal of the case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for responding to the Complaint be extended to and including October 9, 2006.

Dated: October 2, 2006           Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ANDREA MCBARNETTE, D.C. BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Extend was filed via the Court's electronic filing system on this October 2, 2006 and is expected to be served by the Court's electronic transmission facilities to:

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW Suite 900
Washington, DC 20006
202 261-2806 (phone)
202 261-2835 (fax)
soswald@emplymentlawgroup.net

    /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153