UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DONALD GEORGE NORTH,            )
                                )
            Plaintiff,          )
      v.                        )     Case No: 06-0920 (RMC)
                                )
MICHAEL CHERTOFF, Secretary,    )
U.S. Department of Homeland Security, )
et. al                          )
                                )
            Defendant.          )
_____)

STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties, Plaintiff Donald George North and Defendants, Michael Chertoff, Secretary of the U.S. Department of Homeland Security ("DHS"), et al, through their respective counsel, hereby voluntarily dismiss the above captioned case.

IN WITNESS WHEREOF, the parties hereto, intending to be bound, have stipulated and agreed to the foregoing. Executed this 10th day of October, 2006

_____/s/____          _____/s/____
R. Scott Oswald, Esq.                   JEFFREY A. TAYLOR, D.C. BAR # 498610
Employment Law Group, P.C.              United States Attorney
888 17th Street, NW Suite 900
Washington, DC 20006                    _____/s/____
                                         RUDOLPH CONTRERAS, D.C. BAR # 434122
Counsel for Plaintiff                   Assistant United States Attorney.

                                        _____/s/____
                                        ANDREA McBARNETTE, D.C. Bar # 483789
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530

                                        Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing <u>STIPULATION OF DISMISSAL</u> was filed via the Court's electronic filing system on this October 10, 2006 and is expected to be served by the Court's electronic transmission facilities to:

R. Scott Oswald, Esq.
Employment Law Group, P.C.
888 17th Street, NW Suite 900
Washington, DC 20006
202 261-2806 (phone)
202 261-2835 (fax)
soswald@emplymentlawgroup.net

      /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153